

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

FILED BY _____ Cas _____ D.C.

2005 AUG 18  PM 3: 39

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| MARY BOYKIN, and<br>GEORGE BOYKIN, Husband,<br><br>  Plaintiffs,<br><br>v.<br><br>WAL-MART A.K.A. WAL-MART<br>SUPERCENTER, WAL-MART<br>STORES, WAL-MART REAL<br>ESTATE BUSINESS TRUST, and<br>JANE and/or JOHN DOE(S),<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 05-2412 DV<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

05 AUG 19 PM 2: 49
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

FILED BY _____ D.C.

### CONSENT MOTION AND MEMORANDUM FOR PLAINTIFFS TO AMEND COMPLAINT TO CORRECT MISNOMER OF DEFENDANT AND DISMISS WITHOUT PREJUDICE REMAINING WAL-MART DEFENDANTS

The parties, through counsel of record, and pursuant to the Federal Rules of Civil Procedure, move this Honorable Court for an Order allowing Plaintiffs to amend their Complaint to reflect the correct entity as Wal-Mart Stores East, L.P. The Plaintiffs originally named Wal-Mart a/k/a Wal-Mart Supercenter, Wal-Mart Stores, Wal-Mart Real Estate Business Trust and Jane and/or John Doe(s). Counsel for all parties state that all parties consent to such amendment to properly name the Defendant as Wal-Mart Stores East, L.P. and dismiss without prejudice all other remaining Wal-Mart Defendants named in Plaintiffs' Complaint.

**MOTION GRANTED**
DATE: 8/18/2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP

BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

M CJS 892808 v1
2825865-000206 07/29/05



WHEREFORE, PREMISES CONSIDERED, all parties respectfully request this Court for permission for Plaintiff to amend their Complaint to reflect the proper Defendant as Wal-Mart Stores East, L.P. and dismiss without prejudice all remaining named Wal-Mart Defendants.

Respectfully submitted,

*Robert M. Brannon Jr. by cjs*
Robert M. Brannon, Jr.
295 Washington Avenue, Suite 3
Memphis, TN 38103
Attorney for Plaintiffs Mary Boykin
and George Boykin


*Clinton J. Simpson*
CLINTON J. SIMPSON (#20284)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
165 Madison Avenue, Suite 2000
Memphis, TN 38103
(901) 526-2000

Attorney for Defendant
Wal-Mart Stores East, L.P.

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02412 was distributed by fax, mail, or direct printing on August 24, 2005 to the parties listed.

---

Robert M. Brannon
LAW OFFICE OF ROBERT M. BRANNON
295 Washington Avenue
Ste. 3
Memphis, TN 38103

Clinton J. Simpson
BAKER DONELSON BEARMAN & CALDWELL
20th Floor
165 Madison Avenue
Memphis, TN 38103

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT