IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

FILED BY _____ D.C.

05 AUG 19 PM 3: 43

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | | |
|---|---|---|
| MARY BOYKIN, and | ) | |
| GEORGE BOYKIN, Husband, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 05-2412 DV |
| | ) | |
| WAL-MART A.K.A. WAL-MART | ) | |
| SUPERCENTER, WAL-MART | ) | |
| STORES, WAL-MART REAL | ) | |
| ESTATE BUSINESS TRUST, and | ) | |
| JANE and/or JOHN DOE(S), | ) | |
| | ) | |
| Defendants. | ) | |

## [~~PROPOSED~~] RULE 16(b) SCHEDULING ORDER

Pursuant to Rule 26 (f), the parties held a planning conference on August 5, 2005.

Present for the conference were:

   Robert M. Brannon, Jr., counsel for Plaintiffs;

   Clinton J. Simpson, counsel for Defendant.

Pursuant to Rule 26(f), the parties reported that initial disclosure as required by Rule 26(a)(1) will be made by the parties on or before September 9, 2005.

Pursuant to and in accordance with Rule 26(f) proposed discovery plan submitted by the parties, as amended, the following dates were established as the final dates for:

   A.   JOINING PARTIES:  October 28, 2005

   B.   AMENDING PLEADINGS:  October 28, 2005

   C.   INITIAL MOTIONS TO DISMISS:  November 30, 2005

M CJS 895481 v1
2825865-000206  08/17/05

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

D. COMPLETING ALL DISCOVERY: May 1, 2006

   1. DOCUMENT PRODUCTION: May 1, 2006

   2. INTERROGATORIES AND REQUESTS FOR ADMISSIONS: May 1, 2006

   3. DEPOSITIONS: May 1, 2006

   4. EXPERT DISCLOSURE (Rule 26):

      (i) DISCLOSURE OF PLAINTIFFS' RULE 26 EXPERT INFORMATION: March 3, 2006

      (ii) DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION: April 3, 2006

E. WITNESSES AND EXHIBITS UNDER RULE 26(a)(3):

   (i) PLAINTIFFS' FINAL LISTS OF WITNESSES AND EXHIBITS UNDER RULE 26(a)(3) DUE: 45 days before trial

   (ii) DEFENDANT'S FINAL LISTS OF WITNESSES AND EXHIBITS UNDER RULE 26(a)(3) DUE: 30 days before trial

F. PARTIES HAVE 30 DAYS AFTER SERVICE OF FINAL LISTS OF WITNESSES AND EXHIBITS TO LIST OBJECTIONS UNDER RULE 26(a)(3).

G. FILING DISPOSITIVE MOTIONS: June 2, 2006

**Other Relevant Matters:**

All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the

2

time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for jury trial. Counsel for the parties anticipate that two (2) to three (3) days will be needed to try this case.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the magistrate judge.

The parties will enter into private mediation within one (1) month after the close of discovery.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

Stipulated by the parties this 5th day of August, 2005.

Plaintiff Counsel:

_Robert M. Brannon, Jr. by CJS_
Robert M. Brannon, Jr.
Attorney for Plaintiffs

Defense Counsel:

_Clinton J. Simpson_
Clinton J. Simpson
Attorney for Defendant

Adopted by the Court this 19th day of August, 2005.

_Diane K. Vescovo_
U. S. Magistrate Judge

3

M CJS 895481 v1
2825865-000206 08/17/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CV-02412 was distributed by fax, mail, or direct printing on August 24, 2005 to the parties listed.

---

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Clinton J. Simpson
BAKER DONELSON BEARMAN & CALDWELL
20th Floor
165 Madison Avenue
Memphis, TN 38103

Robert M. Brannon
LAW OFFICE OF ROBERT M. BRANNON
295 Washington Avenue
Ste. 3
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT