# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION AT MEMPHIS

MARY BOYKIN and
GEORGE BOYKIN, Husband

    Plaintiffs,

-vs-

Docket No.: 05-2412 DV

WAL-MART A.K.A. WAL-MART
SUPERCENTER, WAL-MART
STORES, WAL-MART REAL
ESTATE BUSINESS TRUST,
and JANE and/or JOHN DOE(S),

    Defendants.

## CONSENT ORDER PERMITTING PLAINTIFFS TO AMEND COMPLAINT TO NAME WAL-MART STORES EAST, L.P. AS DEFENDANT AND DISMISS WITHOUT PREJUDICE ALL REMAINING WAL-MART DEFENDANTS

It appearing to the Court, as evidenced by the subjoined consent of legal counsel for both the Plaintiffs and the Defendants, that:

a) Wal-mart a/k/a Wal-Mart Supercenter, Wal-Mart Stores, Wal-Mart Real Estate Business Trust and Jane and/or John Doe(s) are improperly named parties in this cause; and

b) The proper entity name for the Defendant is Wal-Mart Stores East, L.P.

THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that the Plaintiffs' Complaint is hereby amended to substitute Wal-Mart Store East, L.P. as the properly named

Defendant in this matter.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that wherever in the original Complaint the name of the Defendants Wal-Mart a/k/a/ Wal-Mart Supercenter, Wal-Mart Stores, Wal-Mart Real Estate Business Trust and Jane and/or John Doe(s) appear, Wal-Mart Stores East, L.P. shall be substituted as the proper party Defendant and shall defend same as though originally named therein.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Wal-Mart a/k/a/ Wal-Mart Supercenter, Wal-Mart Stores, Wal-Mart Real Estate Business Trust and Jane and/or John Doe(s) are hereby dismissed without prejudice.

All of which is hereby so ordered this 7th day of December, 2005.

_____
U.S. DISTRICT COURT JUDGE

APPROVED FOR ENTRY:

_____
Clinton J. Simpson, BPR# 20284
Attorney for Defendant
165 Madison Avenue, Suite 2000
Memphis, TN 38103

_____
Robert M. Brannon, Jr., BPR# 8747
Attorney for Plaintiff
295 Washington Avenue, Suite 3
Memphis, TN 38103

2



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:05-CV-02412 was distributed by fax, mail, or direct printing on December 13, 2005 to the parties listed.

Robert M. Brannon
LAW OFFICE OF ROBERT M. BRANNON
295 Washington Avenue
Ste. 3
Memphis, TN 38103

Robert M. Brannon
LAW OFFICE OF ROBERT M. BRANNON
295 Washington Avenue
Ste. 3
Memphis, TN 38103

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Clinton J. Simpson
BAKER DONELSON BEARMAN & CALDWELL
20th Floor
165 Madison Avenue
Memphis, TN 38103

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Clinton J. Simpson
BAKER DONELSON BEARMAN & CALDWELL
20th Floor
165 Madison Avenue
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT