FILED BY _____ D.C.
05 DEC 16 AM 11: 41
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

MARY BOYKIN, and
GEORGE BOYKIN, Husband,

    Plaintiffs,

vs.

Case No.: 05-2412 D V

WAL-MART, A/K/A/ WAL-MART
SUPERCENTER, WAL-MART STORES,
WAL-MART REAL ESTATE BUSINESS
TRUST, and JANE and/or JOE DOE(S),

    Defendants.

## ORDER OF DISMISSAL

It appears to the court that the parties, by and through their respective counsel, have reached a consensual resolution of their claim.

IT IS THEREFORE ORDERED that the above cause be dismissed without prejudice based upon the Notice of Settlement entered on December 14, 2005.

**IT IS SO ORDERED** this ___15___ day of __December__ 2005.

                                              **BERNICE B. DONALD**
                                              **UNITED STATES DISTRICT JUDGE**

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _12/20/05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 2:05-CV-02412 was distributed by fax, mail, or direct printing on December 20, 2005 to the parties listed.

Robert M. Brannon
LAW OFFICE OF ROBERT M. BRANNON
295 Washington Avenue
Ste. 3
Memphis, TN 38103

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Clinton J. Simpson
BAKER DONELSON BEARMAN & CALDWELL
20th Floor
165 Madison Avenue
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT