UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY /% D.C.

05 DEC 23 PM 1:58

THOMAS M. GOULD
CLERK US DISTRICT COURT
W/D OF MEMPHIS

MARY BOYKIN, and
GEORGE BOYKIN, Husband

JUDGMENT IN A CIVIL CASE

v.

WAL-MART STORES EAST, L.P.

CASE NO: 05-2412-D

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Of Dismissal entered on December 20, 2005, this cause is hereby dismissed without prejudice.

APPROVED:

BERNICE B. DONALD
UNITED STATES DISTRICT COURT

12-23-2005
Date

THOMAS M. GOULD

Clerk of Court

(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12/28/05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:05-CV-02412 was distributed by fax, mail, or direct printing on December 28, 2005 to the parties listed.

Robert M. Brannon
LAW OFFICE OF ROBERT M. BRANNON
295 Washington Avenue
Ste. 3
Memphis, TN 38103

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Clinton J. Simpson
BAKER DONELSON BEARMAN & CALDWELL
20th Floor
165 Madison Avenue
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT