IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

| | |
|---|---|
| MARY BOYKIN, and ) <br> GEORGE BOYKIN, Husband, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> WAL-MART A.K.A. WAL-MART ) <br> SUPERCENTER, WAL-MART ) <br> STORES, WAL-MART REAL ) <br> ESTATE BUSINESS TRUST, and ) <br> JANE and/or JOHN DOE(S), ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. 05-2412 DV |

# ~~[PROPOSED]~~ *B BO* ORDER OF DISMISSAL WITH PREJUDICE

COME NOW the parties by and through Counsel and state to the Court that all the differences heretofore existing in this cause between all parties have been settled and that they are in agreement that all claims may be dismissed with prejudice.

IT IS, THEREFORE ORDERED, ADJUDGED AND DECREED that all matters existing between Plaintiffs and Defendants are hereby dismissed with prejudice.

/S/ Judge Benice Bouie Donald
United States District Court
JUDGE

Date: 12-30-2005

M CJS 918094 v1
2825865-000206 12/14/05

APPROVED:

_____
Clinton J. Simpson, Esquire (#20284)
Baker, Donelson, Bearman
Caldwell & Berkowitz, P.C.
165 Madison Avenue, Suite 2000
Memphis, TN 38103
(901) 526-2000
Attorney for Defendant Wal-Mart Stores, Inc.

_____
Robert M. Brannon, Jr., Esq.
295 Washington Avenue, Suite 3
Memphis, Tennessee 38103
Telephone (901) 521-1710
Attorney for Plaintiffs

M CJS 918094 v1
2825865-000206 12/14/05